# USURY.

Bush *v.* Livingston, 2 C. C. E. 66.

*Securities originally valid, Enforced in the hands of an Usurious Assignee, for the sum actually advanced upon an Usurious Agreement.*

Appeal from Chancery. The facts in the case were as follows:

L. being indebted to E. in a sum of $6222, secured by two mortgages, and E. pressing him for his money, L. applies to Bush, the complainant, to advance the sum of $5600 to E., and take an assignment of his securities; agreeing to repay it in ninety days, with a douceur of $400; L. having arranged with E. for the balance due to him. The transaction accordingly took place, and Bush took an assignment of the bonds and mortgages giving a receipt, by which he acknowledged himself to hold them as security for the payment of $6000, and upon payment to procure them to be cancelled.

Upon a bill for foreclosure filed, Livingston the mortgagor set up this in his answer, insisting that the securities were void in Bush's hands, and praying to have them decreed to be given up to be cancelled.

The Chancellor having awarded a feigned issue to try the question of usury, the complainant appealed from the order; and upon full argument, it was held by the Court of Errors, (Spencer, J., delivering the opinion,)

1. That the securities being untainted in their inception, were valid in the hands of Bush as a security for the sum actually advanced.

2. That the court, having the whole merits of the case before them, would make a final decree, and order the Chancellor to carry it into effect, as they had already done in the case of *Gouverneur & Kemble* v. *Le Guen, (ante.)*

Decree of the Chancellor *reversed* accordingly.